# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-11564 (MFW)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>　　　　　　　Appellant-Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>　　　　　　　Intervenors,<br><br>　　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　　Appellees-Defendants. | Adv. Proc. No. 13-50530 (MFW)<br><br><br><br>Civ. No. 1:22-cv-00634 (CFC) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>　　　　　　　Appellant-Plaintiff, | Adv. Proc. No. 14-50971 (MFW)<br><br><br><br>Civ. No. 1:22-cv-00635 (CFC) |

|  |
|---|
| v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>          Appellees-Defendants. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 8023 of the Federal Rules of Bankruptcy Procedure, Appellant-Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors, and Appellees-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P., hereby stipulate and agree that the above-captioned appeal be dismissed in its entirety with prejudice with each party bearing its own costs, fees and expenses.

[*Signature Page Follows*]

Dated: August 10, 2023
Wilmington, Delaware

**STIPULATED AND AGREED**:

| | |
|---|---|
| FOX ROTHSCHILD LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| */s/        Seth A. Niederman* | */s/      Laura Davis Jones* |
| Seth A. Niederman (DE Bar No. 4588) Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Email: sniederman@foxrothschild.com | Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>        dbertenthal@pszjlaw.com<br>        pkeane@pszjlaw.com |
| -and- | -and- |
| JOSEPH HAGE AARONSON LLC<br>Gregory P. Joseph<br>Gila S. Singer<br>800 Third Avenue, 30th Floor<br>New York, NY 10022<br>Telephone: (212) 407-1200<br>Email: gjoseph@jhany.com | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>Patricia L. Glaser (admitted pro hac vice)<br>Gali Grant (admitted pro hac vice)<br>Matthew P. Bernstein (admitted pro hac vice)<br>10250 Constellation Blvd.<br>19th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Fax: (310) 556-2920<br>Email: pglaser@glaserweil.com<br>        ggrant@glaserweil.com<br>        mbernstein@glaserweil.com |
| -and- | |
| ZAIGER LLC<br>Jeffrey H. Zaiger<br>Judd A. Lindenfeld<br>2187 Atlantic Street, 9th Floor<br>Stamford, CT 06902<br>Telephone: (917) 572-7701<br>Email: jzaiger@zaigerllc.com | *Counsel for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.* |
| -and- | |
| COHEN AND GRESSER LLP<br>Douglas J. Pepe<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 957-7605<br>Email: dpepe@cohengresser.com | |
| *Counsel for the Trustee* | |

3

Agreed to By Intervenors:

INTERVENOR: BDCM OPPORTUNITY FUND II, LP
BY: BDCM Opportunity Fund II Adviser, L.L.C., its Investment Manager

By: _____
    Name: Stephen H. Deckoff
    Title: Managing Principal

INTERVENOR: BLACK DIAMOND CLO 2005-1 LTD.
BY: Black Diamond Credit Strategies Fund Ltd.,
as assignee from Black Diamond CLO 2005-1 Adviser, L.L.C., its Collateral Manager

By: _____
    Name: Stephen H. Deckoff
    Title: Managing Principal

INTERVENOR: SPECTRUM INVESTMENT PARTNERS, L.P.
BY: Spectrum Group Management LLC, as Investment Manager

By: _____
    Name: Jeffrey A. Schaffer
    Title: Managing Member

Agreed to By Intervenors:

INTERVENOR: BDCM OPPORTUNITY FUND II, LP
BY: BDCM Opportunity Fund II Adviser, L.L.C., its Investment Manager

By: _____
      Name:  Stephen H. Deckoff
      Title:   Managing Principal

INTERVENOR: BLACK DIAMOND CLO 2005-1 LTD.
BY: Black Diamond Credit Strategies Fund Ltd.,
as assignee from Black Diamond CLO 2005-1 Adviser, L.L.C., its Collateral Manager

By: _____
      Name:  Stephen H. Deckoff
      Title:   Managing Principal

INTERVENOR: SPECTRUM INVESTMENT PARTNERS, L.P.
BY: Spectrum Group Management LLC, as Investment Manager

By: *Jeffrey A. Schaffer* (DocuSigned)
      Name:  Jeffrey A. Schaffer
      Title:   Managing Member